**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Edik Ervin Palala Lopez,
Petitioner,

v.

Unknown Party,
Respondent.

No. CV-26-06095-PHX-RM

**ORDER**

On August 27, 2026, Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) Pursuant to General Order 26-09, Respondents were ordered to show cause why the Petition should not be granted. (Doc. 3.) In their Response, Respondents state: "Respondent opposes immediate release. However, Respondent agrees that Petitioner is entitled to a bond hearing in light of the decision in *Rodriguez Vazquez v. Bostock*, No. 25-6842, 2026 WL 2196424 (9th Cir. July 30, 2026)." (Doc. 6.) The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein.

(2) Respondents must provide Petitioner a bond redetermination hearing within **seven (7) days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3) Respondents must provide a notice of compliance within **three (3) days** of releasing Petitioner or providing Petitioner a bond hearing. Failure to comply with this requirement may result in the imposition of sanctions against Respondents.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 15th day of September, 2026.

Honorable Rosemary Márquez
United States District Judge